USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 30, 2014

IN THE UNITED STATES DISTRICT [COURT]
FOR THE SOUTHERN DISTRICT OF [NEW YORK]

| | | |
|---|---|---|
| Arifur Rahman, | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: 1:14-cv-09203-KBF |
| Alcobra Ltd., et al., | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Arifur Rahman and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Alcobra Ltd., Yaron Daniely, Tomer Berkovitz, and Ehud Gilboa.

Date: December 23, 2014

s/ Gregory B. Linkh
*Signature of plaintiffs or plaintiff's counsel*

122 East 42nd Street, Suite 2920
*Address*

New York, NY 10168
*City, State & Zip Code*

(212) 682-5340
*Telephone Number*

SO ORDERED.

_____   12/30/14
KATHERINE B. FORREST
United States District Judge